No. 41570.—Protests 941212–G, etc., of Allied Stores Corp. et al. (Baltimore, etc.).

Opinion by Tilson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 41571.—Protest 964255–G of Nippon Import & Trading Co. (New York).

Opinion by Kincheloe, J.   It was conceded that the merchandise consists of floor coverings 21 inches wide and 9 feet long, composed in chief value of cotton. The sole question for determination is whether the imported articles are "rugs." It was found that the evidence offered is not sufficient for a proper determination of the common meaning of the terms "rug" and "runner." *United States* v. *Stetson* (21 C. C. P. A. 3, T. D. 46319), *United States* v. *Gavin* (23 id. 288, T. D. 48164), and *United States* v. *Bailey* (24 id. 196, T. D. 48655) cited. On the record the protest was overruled.

BEFORE THE THIRD DIVISION, JUNE 8, 1939

No. 41572.—Protest 973134–G of Schweisheimer & Fellerman (New York).

Opinion by Cline, J.   It appeared that the sheep casings were imported in barrels which were marked by brush and ink "Made in Palesti." The question involved is whether that is sufficient to indicate that Palestine is the country of origin of the goods. The protest was overruled. Abstracts 39003 and 40108 followed.

No. 41573.—Protest 813826–G of Yvonne Carette (New York).

Opinion by Keefe, J.   It was established that the gown in question although not listed as being in the package was exported and received in London. The protest was therefore sustained.

No. 41574.—Protest 794252–G of Davies & Co., Inc. (Philadelphia).

Opinion by Keefe, J.   On the evidence presented it was found that the merchandise was properly assessed for duty. The protest was therefore overruled.

No. 41575.—Protests 638230–G, etc., of Iwata Trading Co. (San Francisco).

Opinion by Keefe, J.   It was established that the incense in question is the same in all material respects as that passed upon in *Pacific Trading Co.* v. *United States* (T. D. 43042), Abstract 28313, and *Woolworth* v. *United States* (T. D. 47647). The claims for free entry under paragraph 1600, Tariff Act of 1922, or paragraph 1703, Tariff Act of 1930, were therefore sustained.